

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00128-CR

| | | |
|---|---|---|
| MICHAEL CLIFFORD SINGLETON, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1803779) |
| V. | § | June 26, 2025 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth